UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES FIRE INS CO,        :
                                  :
      Plaintiff,                  :
                                  :
      v.                          :    CASE NO. 3:09CV1863(DFM)
                                  :
JAMES MCMAHON, II et al.,         :
                                  :
      Defendants.                 :


ORDER

The parties have reported that this action appears likely to settle by May 1, 2013. Rather than continue to keep the case open on the docket, the Clerk of the Court is directed to close the file for administrative purposes without prejudice to reopening on or before June 1, 2013.

Either party may reinstate this case to the active docket by motion filed no later than June 1, 2013.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before June 1, 2013.

SO ORDERED at Hartford, Connecticut this 8th day of March, 2013.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge